# Exhibit C

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------X
Midland Funding NCC-2 Corp

              PLAINTIFF,

      -AGAINST-

PAUL KUHNE

           DEFENDANT(S).
---------------------------------------------------------X

INDEX NUMBER 33248/06
FILE NO. C185307

**STIPULATION DISCONTINUING ACTION**

**IT IS HEREBY STIPULATED AND AGREED**, BY AND BETWEEN THE UNDERSIGNED, THE ATTORNEYS OF RECORD FOR ALL THE PARTIES TO THE ABOVE ENTITLED ACTION, THAT WHEREAS NO PARTY HERETO IS AN INFANT OR INCOMPETENT PERSON FOR WHOM A COMMITTEE HAS BEEN APPOINTED AND NO PERSON NOT A PARTY HAS AN INTEREST IN THE SUBJECT MATTER OF THE ACTION, THE ABOVE ENTITLED ACTION BE, AND THE SAME HEREBY IS DISCONTINUED WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY AS AGAINST THE OTHER. THIS STIPULATION MAY BE FILED WITHOUT FURTHER NOTICE WITH THE CLERK OF THE COURT. A FACSIMILE SIGNATURE SHALL BE DEEMED AN ORIGINAL FOR PURPOSES OF FILING THIS STIPULATION WITH THE COURT.

DATED: 9/12/06

_____
PAUL KUHNE
DEFENDANT

_____
COHEN & SLAMOWITZ, LLP
BY: ~~LEANDRE M. JOHN, ESQ.~~ Stephen Giametta, Esq.
ATTORNEYS FOR PLAINTIFF
199 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797
(516) 364-6006

PSTIPDIS